1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| COLORSTORY, INC. d/b/a COLORHOLIC, INC., a California Corporation; IN JA KIM, an individual,<br><br>vs.<br><br>UMGEE, USA, a California Business Entity of Unknown Status, and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-4345-DMG (PLAx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) [26]** |
|---|---|

- 1 -
**[PROPOSED]** ORDER OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE

1  Having considered the parties' Stipulation of Dismissal of the entire action,
2  with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil*
3  *Procedure*, the Court hereby orders that this action be dismissed, with prejudice, in
4  its entirety as to Defendant, with the parties to bear their own attorneys' fees and
5  costs.
6  IT IS SO ORDERED.

8  Dated:  July 1, 2013

   _____
   DOLLY M. GEE
   United States District Judge